# N THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

EVELYN BRADY, etc., et al.,

    Plaintiffs,

v.                                                                                      CASE NO. 4:11cv510-RH/CAS

STATE OF FLORIDA, DEPARTMENT
OF CORRECTIONS, and VIVIAN OGG,

    Defendants.

_____/

## ORDER DENYING THE MOTION TO DISMISS
## THE REHABILITATION-ACT CLAIM

The defendant's motion, ECF No. 30, to dismiss the plaintiff's claim under the Rehabilitation Act is DENIED. *See* Order Denying the Motion To Dismiss the ADA Claim, ECF No. 12.

SO ORDERED on June 7, 2012.

                                         s/Robert L. Hinkle
                                         United States District Judge